**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS WILSON BAXTER,<br><br>             Petitioner,<br><br>       v.<br><br>JAMES D. HARTLEY,<br><br>             Respondent. | NO. CV 11-5283-PA (MAN)<br><br><br>JUDGMENT |

   Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed, without prejudice, for failure to exhaust available state remedies.

DATED: November 18, 2011

                                              _____
                                              PERCY ANDERSON
                                              UNITED STATES DISTRICT JUDGE